# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-02235-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Miranda Lewis, | |
| Defendant. | |

The Court having made a *de novo* review of the Report and Recommendation prepared by Magistrate Judge Eric J. Markovich (Doc. 139), and no objections having been filed;

The Court finds the magistrate judge's Report and Recommendation is well reasoned. The Court adopts the Report and Recommendation which finds the defendant has violated Special Condition #1 and Special Condition #5.

IT IS ORDERED the matter is scheduled for a Final Disposition Hearing Tuesday, August 3, 2021 at 9:50 a.m. before Senior Judge Raner C. Collins.

Dated this 9th day of July, 2021.

Honorable Raner C. Collins
Senior United States District Judge